(No. 6344-

MARSHALL FIELD & COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 11, 1972.*

ROBERT A. WILBRANDT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; EDWARD L.S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6347-

SEYMOUR S. KESSLER, D.P.M., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 11, 1972.*

DR. SEYMOUR S. KESSLER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J..